J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 – 10, inclusive,<br><br>　　　　Defendants. | Case No. 4706 EMC<br><br>PLAINTIFF'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

**REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: September __, 2007          J. Andrew Coombs, A Professional Corp.

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　J. Andrew Coombs
　　　　　　　　　　　　　　　　　　　　　Annie S. Wang
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Nike, Inc.