1  J. Andrew Coombs (SBN 123881)
2  Annie S. Wang (SBN 243027)
   J. Andrew Coombs, A Prof. Corp.
3  517 E. Wilson Ave., Suite 202
   Glendale, California 91206
4  Telephone: (818) 500-3200
   Facsimile: (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff Louis
7  Vuitton Malletier, S.A.

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10
   Nike, Inc.                              )   Case No. C 07-04706 CW
11                                         )
                    Plaintiff,             )   PROOF OF SERVICE – NOTICES OF
12                                         )   RULING AND ORDER
           v.                              )
13                                         )
   Felix Ose Osifo, an individual and d/b/a Osifo )
14 Hip Hop Clothing and Does 1 through 10, )
   inclusive,                              )
15                                         )
                    Defendants.            )
16 _____)

17
       / / /
18

19
       / / /
20

21     / / /

22
       / / /
23

24
       / / /
25

26     / / /

27
       / / /
28

Nike v. Osifo: Proof of Service              - 1 -

1  I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On September 27, 2007, I served a true copy of the Notice of Impending Reassignment To A United States District Court Judge, attached hereto as Exhibit "A", Reassignment Order, attached hereto as Exhibit "B" and the Case Management Scheduling Order for Reassigned Civil Case, attached hereto as Exhibit "C", by personally delivering it to the person indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

Felix Ose Osifo
d/b/a Osifo Hip Hop Clothing
324 E. Santa Clara St.
San Jose, California 95113

Place of Mailing:     Glendale, California

Executed on:     September 27, 2007, at Glendale, California

### Service is made by mail

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

DATED: September 26, 2007          J. Andrew Coombs, A Professional Corp.

By: _____
     Jeremy Cordero

Nike v. Osifo: Proof of Service          - 2 -



```
1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone: (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff,
7  Nike, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Nike, Inc. <br><br> Plaintiff, <br><br> v. <br><br> Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. C 07-04706 CW <br><br> NOTICE OF RULING |

TO DEFENDANT FELIX OSE OSIFO, an individual and d/b/a OSIFO HIP HOP CLOTHING:

PLEASE TAKE NOTICE THAT the Court entered its Ruling in relation to the above-captioned action on September 25, 2007. A copy of the Notice of Impending Reassignment to a United States District Court Judge electronically transmitted is attached.

DATED: September 27, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

Nike v. Osifo: Notice of Order           -1-

EXHIBIT A PAGE 3

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC.,

        Plaintiff,

   v.

FELIX OSE OSIFO, et al.,

        Defendants.
_____/

Case No. 07-4706 EMC

**NOTICE OF IMPENDING REASSIGNMENT TO
A UNITED STATES DISTRICT COURT JUDGE**

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

( x )  One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(   )  One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

EXHIBIT A PAGE 4

| | |
|---|---|
| 1 | Any matters presently set before Magistrate Judge Chen, will be taken off calendar and counsel and/or parties are to contact the courtroom deputy for the reassigned district judge for a new date. |

Dated: September 25, 2007

Richard W. Wieking, Clerk
United States District Court

*[signature: Betty Fong]*

By: Betty Fong, Deputy Clerk

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On September 27, 2007, I served on the interested parties in this action with the following:

- NOTICE OF IMEPNDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

- REASSIGNMENT ORDER

- CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on September 27, 2007, at Glendale, California

_____
Jeremy Cordero

EXHIBIT A PAGE 6



```
1   J. Andrew Coombs (SBN 123881)
    Annie S. Wang (SBN 243027)
2   J. Andrew Coombs, A P. C.
    517 E. Wilson Ave., Suite 202
3   Glendale, California 91206
    Telephone: (818) 500-3200
4   Facsimile:  (818) 500-3201

5   andy@coombspc.com
    annie@coombspc.com
6
    Attorneys for Plaintiff,
7   Nike, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Nike, Inc.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C 07-04706 CW<br><br>NOTICE OF ORDER |

TO DEFENDANT FELIX OSE OSIFO, an individual and d/b/a OSIFO HIP HOP CLOTHING:

PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-captioned action on September 26, 2007. A copy of the Reassignment Order electronically transmitted is attached.

DATED: September 27, 2007　　　　　　J. Andrew Coombs, A Professional Corp.

By: _____
　　　　J. Andrew Coombs
　　　　Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

Nike v. Osifo: Notice of Order　　　　　- 1 -　　　　　EXHIBIT B PAGE 1

UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 26, 2007

**CASE NUMBER: CV 07-04706 EMC**
**CASE TITLE: NIKE INC-v-FELIX OSE OSIFO**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **OAKLAND** division.

**Honorable CLAUDIA WILKEN** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 09/26/07

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 09/26/07 MAB

CASE SYSTEMS ADMINISTRATOR:
Copies to: All Counsel

Transferor CSA

EXHIBIT B PAGE 8

**PROOF OF SERVICE**

    I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

    On September 27, 2007, I served on the interested parties in this action with the following:

- NOTICE OF IMEPNDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

- REASSIGNMENT ORDER

- CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on September 27, 2007, at Glendale, California



Jeremy Cordero

EXHIBIT B PAGE 9



```
 1  J. Andrew Coombs (SBN 123881)
    Annie S. Wang (SBN 243027)
 2  J. Andrew Coombs, A P. C.
    517 E. Wilson Ave., Suite 202
 3  Glendale, California 91206
    Telephone: (818) 500-3200
 4  Facsimile: (818) 500-3201

 5  andy@coombspc.com
    annie@coombspc.com
 6
    Attorneys for Plaintiff,
 7  Nike, Inc.
```

                    UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Nike, Inc. | Case No. C 07-04706 CW |
| Plaintiff, | NOTICE OF ORDER |
| v. | |
| Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 through 10, inclusive, | |
| Defendants. | |

TO DEFENDANT FELIX OSE OSIFO, an individual and d/b/a OSIFO HIP HOP CLOTHING:

PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-captioned action on September 27, 2007. A copy of the Case Management Scheduling Order for Reassigned Civil Case electronically transmitted is attached.

DATED: September 27, 2007         J. Andrew Coombs, A Professional Corp.

                                  By: _____
                                       J. Andrew Coombs
                                       Annie S. Wang
                                  Attorneys for Plaintiff Nike, Inc.

Nike v. Osifo: Notice of Order          -1-          EXHIBIT C PAGE 10

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC.,

       Plaintiff,

  v.

FELIX OSE OSIFO,

       Defendant.
_____/

No. C 07-04706 CW

CASE MANAGEMENT
SCHEDULING ORDER FOR
REASSIGNED CIVIL
CASE

    This action having been reassigned to the undersigned judge,

    IT IS HEREBY ORDERED that a Case Management Conference will be held on **January 8, 2008, at 2:00 p.m.** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612. Pursuant to Civil L.R. 16-9(a), a joint Case Management Statement will be due seven (7) days prior to the conference.

    Plaintiff is directed to serve a copy of this Order at once on all parties to this action in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure. Following service, the party causing the service shall file a certificate of service with the Clerk of Court.

    This case has been designated for the Court's Electronic Case

EXHIBIT C  PAGE 11

Filing (ECF) Program. Pursuant to General Order 45, each attorney of record is obligated to become an ECF user and be assigned a user ID and password for access to the system. All documents required to be filed with the Clerk shall be filed electronically on the ECF website, except as provided otherwise in section VII of General Order 45 or authorized otherwise by the court.

   IT IS SO ORDERED.

Dated: September 27, 2007

*Claudia Wilken*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

(Rev. 3/9/07)

EXHIBIT C PAGE 12

## NOTICE

**Case Management Conferences** and **Pretrial Conferences** are conducted on **Tuesdays** at 2:00 p.m. **Criminal Law and Motion** calendar is conducted on **Wednesdays** at 2:00 p.m. for defendants in custody and 2:30 p.m. for defendants not in custody. **Civil Law and Motion** calendar is conducted on **Thursdays** at 2:00 p.m. Order of call is determined by the Court. Counsel need not reserve a hearing date for civil motions; however, counsel are advised to check the legal newspapers or the Court's website at www.cand.uscourts.gov for unavailable dates.

Motions for Summary Judgment: All issues shall be contained within one motion of 25 pages or less, made on 35 days notice. (See Civil L.R. 7-2). Separate statements of undisputed facts in support of or in opposition to motions for summary judgment will not be considered by the Court. (See Civil Local Rule 56-2(a)). The motion and opposition should include a statement of facts supported by citations to the declarations filed with respect to the motion. Evidentiary and procedural objections shall be contained within the motion, opposition or reply; separate motions to strike will not be considered by the Court. Any cross-motion shall be contained within the opposition to any motion for summary judgment, shall contain 25 pages or less, and shall be filed 21 days before the hearing. The reply to a motion may contain up to 15 pages, shall include the opposition to any cross-motion, and shall be filed 14 days before the hearing. (See Civil Local Rule 7-3). The Court may, *sua sponte* or pursuant to a motion under Civil L.R. 6-3, reschedule the hearing so as to give a moving party time to file a reply to any cross-motion.

All DISCOVERY MOTIONS are referred to a Magistrate Judge to be heard and considered at the convenience of his/her calendar. All such matters shall be noticed by the moving party for hearing on the assigned Magistrate Judge's regular law and motion calendar, or pursuant to that Judge's procedures.

(rev. 3/9/07)

EXHIBIT C PAGE 13

# STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

# CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

Commencing March 1, 2007, all judges of the Northern District of California require the identical information in Joint Case Management Statements filed pursuant to Civil Local Rule 16-9. The parties must include the following information in their statement which, except in unusually complex cases, should not exceed ten pages:

1. <u>Jurisdiction and Service</u>: The basis for the court's subject matter jurisdiction over plaintiff's claims and defendant's counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

2. <u>Facts</u>: A brief chronology of the facts and a statement of the principal factual issues in dispute.

3. <u>Legal Issues</u>: A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

4. <u>Motions</u>: All prior and pending motions, their current status, and any anticipated motions.

5. <u>Amendment of Pleadings</u>: The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6. <u>Evidence Preservation</u>: Steps taken to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of e-mails, voice mails, and other electronically-recorded material.

7. <u>Disclosures</u>: Whether there has been full and timely compliance with the initial disclosure requirements of Fed. R. Civ. P. 26 and a description of the disclosures made.

8. <u>Discovery</u>: Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, and a proposed discovery plan pursuant to Fed. R. Civ. P. 26(f).

9. <u>Class Actions</u>: If a class action, a proposal for how and when the class will be certified.

10. <u>Related Cases</u>: Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11. <u>Relief</u>: All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12. <u>Settlement and ADR</u>: Prospects for settlement, ADR efforts to date, and a specific ADR plan for the case, including compliance with ADR L.R. 3-5 and a description of key discovery or motions necessary to position the parties to negotiate a resolution.

13. <u>Consent to Magistrate Judge For All Purposes</u>: Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.

EXHIBIT C PAGE 14

14. <u>Other References</u>: Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing of Issues</u>: Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g., through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16. <u>Expedited Schedule</u>: Whether this is the type of case that can be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling</u>: Proposed dates for designation of experts, discovery cutoff, hearing of dispositive motions, pretrial conference and trial.

18. <u>Trial</u>: Whether the case will be tried to a jury or to the court and the expected length of the trial.

19. <u>Disclosure of Non-party Interested Entities or Persons</u>: Whether each party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16. **In addition**, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

EXHIBIT C PAGE 15

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On September 27, 2007, I served on the interested parties in this action with the following:

- NOTICE OF IMEPNDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

- REASSIGNMENT ORDER

- CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE

for the following civil action:

### Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on September 27, 2007, at Glendale, California

_____
Jeremy Cordero

EXHIBIT C PAGE 16

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On September 28, 2007, I served on the interested parties in this action with the following:

- PROOF OF SERVICE – NOTICES OF RULING AND ORDER

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |
|---|---|

Place of Mailing: Glendale, California
Executed on September 28, 2007, at Glendale, California

_____
Jeremy Cordero