IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC.

          Plaintiff,

  v.

OSIFO

          Defendant.
                                      /

NO. CV 07-04706 CW

**CLERK'S NOTICE RE: FAILURE TO FILE ELECTRONICALLY DOCKET NOS. 1, 3 AND 4.**

On September 13, 2007, counsel for Plaintiff filed a Complaint, docket #1, Certificate of Interested Parties, docket #3, and a Declination to Proceed before a Magistrate, docket #4, manually, on paper. This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

The above mentioned paper document has been filed and docketed. However, General Order 45 provides at Section III that cases assigned to judges who participate in the e-filing program "shall be presumptively designated" as e-filing cases. Therefore, counsel for plaintiff should submit the Complaint, docket #1, Certificate of Interested Parties, docket #3, and a Declination to Proceed before a Magistrate, docket #4, in PDF format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Dated: October 1, 2007                                    Cynthia Lenahan
                                                                       Deputy Clerk