J. Andrew Coombs (SBN 123881)
Annie S. Wang (SBN 243027)
J. Andrew Coombs, A Prof. Corp.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

andy@coombspc.com
annie@coombspc.com

Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Nike, Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C 07-04706 CW<br><br>**REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF** |

　　　　Plaintiff Nike, Inc. ("Plaintiff") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant") on the grounds that Defendant has failed to appear or otherwise respond to the Complaint in this action within the time proscribed by the Federal Rules of Civil Procedure.

　　　　Plaintiff served the Summons and Complaint on Defendant on or about September 26, 2007.

　　　　Proof of service on Defendant was previously filed with the Court on or about October 18, 2007.

///

Nike v. Osifo: Request for Entry of Default　　　　- 1 -

The above stated facts are set forth in the accompanying declaration of J. Andrew Coombs, filed herewith.

DATED: October 24, 2007                J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Nike, Inc.

**DECLARATION OF J. ANDREW COOMBS**

I, J. ANDREW COOMBS, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Northern District of California. I am an attorney for Plaintiff Nike, Inc. ("Plaintiff") in an action styled Nike, Inc. v. Osifo, et al. I make this Declaration in support of Plaintiff's request that the Court Clerk enter default in this matter against Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I am informed and believe that on or about September 26, 2007, Plaintiff served the Summons and Complaint on Defendant.

3. To my knowledge, Defendant has never contacted Plaintiff's counsel via telephone.

4. On or about October 11, 2007, Plaintiff received correspondence from Defendant stating that the infringing sales would cease. I am informed and believe that Defendant has not contacted my office since his initial correspondence despite follow up by Plaintiff.

5. On or about October 17, 2007, my office sent to Defendant a letter regarding the filing of this Request for Entry of Default. A true and correct copy of this letter is attached hereto as Exhibit A.

6. On or about October 18, 2007, I caused the Proof of Service for Defendant to be filed with the Court.

7. To my knowledge, Defendant has not filed a response pleading, or otherwise appeared in this action. I have confirmed this on PACER on October 23, 2007.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this 24th day of October, 2007 at Glendale, California.

_____
J. ANDREW COOMBS

Nike v. Osifo: Request for Entry of Default             - 3 -

LAW OFFICES
## J. ANDREW COOMBS
A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

October 17, 2007

**Via First Class Mail**

Mr. Felix Ose Osifo
d/b/a Osifo Hip Hop Clothing
324 E. Santa Clara St.
San Jose, California 95133

        Re:    **Nike, Inc. v. Osifo, et al.**
                **Case No.: C 07-04706 CW**

Dear Mr. Osifo:

      Our records indicate that you were served on or about September 26, 2007, and were required to file an Answer to the Complaint on or before October 16, 2007.

      As there have been no extensions of time to respond, you are currently in technical default. Accordingly, we will request an entry of default against you on October 23, 2007, should we not receive an Answer to the Complaint or you not contact us by COB October 22, 2007.

      This letter is not a complete statement of Nike's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies or defenses in connection with this matter, all of which are expressly reserved.

Very truly yours,
J. Andrew Coombs, A P.C.

By: Jeremy Cordero
for Nike, Inc.

JJC:bm

EXHIBIT A PAGE 4

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On October 25, 2007, I served on the interested parties in this action with the following:

- REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on October 25, 2007, at Glendale, California

_____
Jeremy Cordero