**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

October 29, 2007

RE:  CV 07-04706 CW          Nike, Inc.-v- Osifo

Default is entered as to Felix Ose Osifo, dba Osifo Hip Hop Clothing on 10/29/07.

RICHARD W. WIEKING, Clerk

by Clara Pierce
Case Systems Administrator

NDC TR-4  Rev. 3/89