# Exhibit A



**Exhibit B**







**Exhibit C**

