**Exhibit D**















10 5

AIR FORCE 1

BLACK/YELLOW

MADE IN CHINA / FABRIQUÉ AU
CHINE / HECHO EN CHINA

306353 071

UK    9.5
EUR   44.5
CM    >8.5

WWW.NIKE.COM













NIKE AND THE SWOOSH NAME AND THE STRIPE ARE TRADEMARKS AND YOUR ASSURANCE OF QUALITY. THIS PRODUCT IS PROTECTED BY U.S. AND FOREIGN PATENTS.

MADE IN CHINA
FABRIQUÉ EN CHINE

