**Exhibit E**

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,277,066
Registered May 8, 1984

## TRADEMARK
Principal Register

# NIKE

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. Cls. 22 and 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Owner of U.S. Reg. Nos. 978,962, 1,214,930 and others.

Ser. No. 361,067, filed Apr. 22, 1982.

DEBORAH S. COHN, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM    May 8, 1984

COMB. AFF. SEC. 8 & 15



Attest

APR 14 1993

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT, WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN:    Registrant

**First Use Date:** 1971-06-18
**First Use in Commerce Date:** 1971-06-18

**Basis:** 1(a)

---

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
978962
1214930

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2004-07-02 - First renewal 10 year

2004-07-02 - Section 8 (10-year) accepted/ Section 9 granted

2004-04-29 - Combined Section 8 (10-year)/Section 9 filed

2004-04-29 - TEAS Section 8 & 9 Received

1990-06-19 - Post Registration action mailed - Section 8

1990-04-18 - Section 8 (6-year) filed

1989-09-09 - Section 8 (6-year) accepted & Section 15 acknowledged

1989-07-07 - Section 8 (6-year) and Section 15 Filed

1984-05-08 - Registered - Principal Register

1984-05-08 - Registered - Principal Register

1984-05-08 - Registered - Principal Register

1984-02-14 - Published for opposition

1984-01-02 - Notice of publication

1983-11-14 - Approved for Pub - Principal Register (Initial exam)

1983-10-26 - Correspondence Received In Law Office

1983-04-25 - Non-final action mailed

---

EXHIBIT 2, PAGE 97   09/09/2004

# CONTACT INFORMATION

**Correspondent**
Kenneth M. Kwartler (Attorney of record)

Kenneth M. Kwartler
Nike, Inc.
One Bowerman Drive, DF-4
Beaverton OR 97005

EXHIBIT ___ PAGE 148    09/09/2004

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,284,385
Registered Jul. 3, 1984

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS AND WRISTBANDS, in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190 and 1,145,473.

Ser. No. 361,065, filed Apr. 22, 1982.

FRANCIE R. GOROWITZ, Examining Attorney

REGISTERED FOR A TERM OF 20 YEARS FROM Jul. 3, 1984

COMB. AFF. SEC. 8 & 15



Attest

MAY 3 1993

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN: Registrant

EXHIBIT C PAGE 49

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2004-09-09 12:02:09 ET

Serial Number: 73361065 <u>Assignment Information</u>

Registration Number: 1284385 <u>Assignment Information</u>

Mark



Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-08-04

Filing Date: 1982-04-22

Transformed into a National Application: No

Registration Date: 1984-07-03

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at <u>TrademarkAssistanceCenter@uspto.gov</u>

Current Location: 900 -Warehouse (Newington)

Date In Location: 2004-08-05

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

. NIKE, INC.

ddress:
IKE, INC.
NE BOWERMAN DRIVE
EAVERTON, OR 970056453
ited States
gal Entity Type: Corporation



## GOODS AND/OR SERVICES

**International Class:** 025
Athletic and Casual Clothing for Men, Women and Children-Namely, Shirts, Pants, Shorts, Jackets, Warm-Up Suits, Swimwear, Tenniswear, Skirts, Sweaters, Underwear, Headwear, Socks and Wristbands
**First Use Date:** 1971-06-18
**First Use in Commerce Date:** 1971-06-18

**Basis:** 1(a)

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
977190
1145473

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-08-04 - First renewal 10 year

2004-08-04 - Section 8 (10-year) accepted/ Section 9 granted

2004-05-28 - Combined Section 8 (10-year)/Section 9 filed

2004-05-28 - Combined Section 8 (10-year)/Section 9 filed

2004-05-28 - TEAS Section 8 & 9 Received

1990-07-02 - Section 8 (6-year) accepted & Section 15 acknowledged

1990-04-18 - Section 8 (6-year) filed

1984-07-03 - Registered - Principal Register

1984-04-10 - Published for opposition

1984-02-22 - Notice of publication

1983-12-07 - Approved for Pub - Principal Register (Initial exam)

1983-10-26 - Correspondence Received In Law Office

1983-04-25 - Non-final action mailed

# CONTACT INFORMATION

**Correspondent**
KENNETH M. KWARTLER (Attorney of record)

KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON OR 97005

EXHIBIT __ PAGE __

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,237,469
Registered May 10, 1983

### TRADEMARK
Principal Register

REGISTERED FOR A TERM OF 20 YEARS FROM    May 10, 1983



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN—NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, HEADWEAR, SOCKS, WRISTBANDS AND HANDWEAR, in CLASS 25 (U.S. Cl. 39).

First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190 and 1,153,938.

Ser. No. 361,064, filed Apr. 22, 1982.

M. E. BODSON, Examining Attorney

COMB. AFF. SEC. 8 & 15



Attest

MAY 3 1993

CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION WHICH IS IN FULL FORCE AND EFFECT WITH NOTATION OF ALL STATUTORY ACTIONS TAKEN THEREON, AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE. SAID RECORDS SHOW TITLE TO BE IN:  Registrant

EXHIBIT    PAGE  53



Patent and Trademark Office
OFFICE OF ASSISTANT    MMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia  22202-3513

Nike and Swoosh Design

REGISTRATION NO: 1237469      SERIAL NO: 73361064
REGISTRATION DATE: 05/10/1983        MAILING DATE: 03/31/2003
MARK: NIKE AND DESIGN
REGISTRATION OWNER: Nike, Inc.
CORRESPONDENCE ADDRESS:

US. 25

KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE                    APR 0 9 2003
BEAVERTON, OR  97005-6453

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*********************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*********************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

ROBERSON, FAITH
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6 (9/99)

EXHIBIT E PAGE 54

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-09-09 12:01:09 ET

Serial Number: 73361067 Assignment Information

Registration Number: 1277066 Assignment Information

Mark (words only): NIKE

Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-07-02

Filing Date: 1982-04-22

Transformed into a National Application: No

Registration Date: 1984-05-08

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2004-07-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Nike, Inc.

**Address:**
Nike, Inc.
One Bowerman Drive
Beaverton, OR 97005
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Oregon

---

## GOODS AND/OR SERVICES

**International Class:** 025
ATHLETIC AND CASUAL CLOTHING FOR MEN, WOMEN AND CHILDREN-NAMELY, SHIRTS, PANTS, SHORTS, JACKETS, WARM-UP SUITS, (( SWIMWEAR, TENNISWEAR, SKIRTS, SWEATERS, UNDERWEAR, )) HEADWEAR, SOCKS (( AND WRISTBANDS ))

http://tarr.uspto.gov/servlet/tarr?regser=registration&entry=1277066

Prior U.S. Cls.: 22 and 39

United States Patent and Trademark Office

10 Year Renewal

Reg. No. 977,190
Registered Jan. 22, 1974
Renewal Term Begins Jan. 22, 1994

## TRADEMARK
## PRINCIPAL REGISTER



DRS, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 970056453, BY
MERGER AND ASSIGNMENT FROM
DRS, INC. (OREGON CORPORATION)
BEAVERTON, OR

FOR: ATHLETIC SHOES WITH
SPIKES AND ATHLETIC UNIFORMS
FOR USE WITH SUCH SHOES, IN
CLASS 22 (INT. CL. 25).

FIRST USE 6-18-1971; IN COMMERCE
6-18-1971.

FOR: ATHLETIC SHOES WITHOUT
SPIKES AND ATHLETIC UNIFORMS
FOR USE WITH SUCH SHOES, IN
CLASS 39 (INT. CL. 25).

FIRST USE 6-18-1971; IN COMMERCE
6-18-1971.

SER. NO. 72-414,177, FILED 1-11-1972.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Nov. 23, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2004-06-18 12:15:54 ET

Serial Number: 72414177 Assignment Information

Registration Number: 977190 Assignment Information

Mark



Standard Character claim: No

Current Status: This registration has been renewed.

Date of Status: 2004-03-03

Filing Date: 1972-01-31

Transformed into a National Application: No

Registration Date: 1974-01-22

Register: Principal

Law Office Assigned: (NOT AVAILABLE)

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov

Current Location: 900 -Warehouse (Newington)

Date In Location: 2004-03-22

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

.. NIKE, INC.

Address:
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON, OR 970056453
United States

Legal Entity Type: Corporation

p://tarr.uspto.gov/servlet/tarr?regser=registration&entry=977190

EXHIBIT __ PAGE __ 6/18/2004

## GOODS AND/OR SERVICES

ATHLETIC SHOES WITH SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES
U.S. Class: 022 (International Class 025)
First Use Date: 1971-06-18
First Use in Commerce Date: 1971-06-18

**Basis:** 1(a)

ATHLETIC SHOES WITHOUT SPIKES AND ATHLETIC UNIFORMS FOR USE WITH SUCH SHOES
U.S. Class: 039 (International Class 025)
First Use Date: 1971-06-18
First Use in Commerce Date: 1971-06-18

**Basis:** 1(a)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2004-03-03 - Second renewal 10 year

2004-03-03 - Section 8 (10-year) accepted/ Section 9 granted

2004-01-15 - Combined Section 8 (10-year)/Section 9 filed

2004-01-15 - TEAS Section 8 & 9 Received

1993-10-14 - First renewal 10 year

1993-08-30 - Section 9 filed/check record for Section 8

1980-01-21 - Section 8 (6-year) accepted

1981-06-03 - Section 15 acknowledged

## CONTACT INFORMATION

Correspondent
KENNETH M. KWARTLER (Attorney of record)

KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005-6453

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,571,066
Registered Dec. 12, 1989

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: CLOTHING, NAMELY T-SHIRTS, PULLOVERS, SWEATSHIRTS, JACKETS, PANTS, SHORTS AND SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 7-14-1987; IN COMMERCE 7-14-1987.
OWNER OF U.S. REG. NOS. 1,284,386, 1,307,123 AND OTHERS.

SER. NO. 799,044, FILED 5-10-1989.

ANNE L. CORNELIUS, EXAMINING ATTORNEY

OFFICE OF ASSISTANT
2900 Crystal Drive
Arlington, Virginia   22202-3513

~~Trademark Office~~
COMMISSIONER FOR TRADEMARKS

REGISTRATION NO: 1571066          SERIAL NO: 73799044
REGISTRATION DATE: 12/12/1989
MARK: NIKE AIR AND DESIGN                    MAILING DATE: 02/21/2003
REGISTRATION OWNER: NIKE, INC.
CORRESPONDENCE ADDRESS:

KATHY J. MCKNIGHT
SHAW PITTMAN
2300 N STREET, NW
WASHINGTON, DC  20037-1128

**RECEIVED**

MAR 0 5 2003

S.P.P.T.

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

PFOHL, FRANCES A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL                          **DOCKETED**

TMLT6 (9/99)

MAR 0 4 2003

_Renewal due_                    12/12/09
Action Due                       Due Date

_Initials_

EXHIBIT __ PAGE __

Int. Cls.: 18 and 25

Prior U.S. Cls.: 3 and 39

## United States Patent and Trademark Office

Reg. No. 1,742,019
Registered Dec. 22, 1992

### TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: ALL-PURPOSE SPORTS BAGS AND
BACKPACKS IN CLASS 18 (U.S. CL. 3).
FIRST USE 1-31-1988; IN COMMERCE
1-31-1988.
FOR: FOOTWEAR AND CLOTHING, NAME-
LY, PANTS, SHORTS, SHIRTS, T-SHIRTS,
SWEATSHIRTS, TANK TOPS, WARM-UP SUITS,

JACKETS, HATS AND CAPS, AND SOCKS, IN
CLASS 25 (U.S. CL. 39).
FIRST USE 11-24-1987; IN COMMERCE
11-24-1987.
OWNER OF U.S. REG. NO. 1,558,100 AND
OTHERS.

SN 74-000,758, FILED 11-16-1989.

JANICE O'LEAR, EXAMINING ATTORNEY

EXHIBIT 8 PAGE 62

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

April 19, 1996

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,742,019 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 10 YEARS FROM December 22, 1992
SAID RECORDS SHOW TITLE TO BE IN:

 NIKE, INC.

 A OREGON CORPORATION



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

A. SANTOS
Certifying Officer

EXHIBIT   PAGE 23

Patent and Trademark Office
OFFICE ASSISTANT (
2900 Crystal Drive
Arlington, Virginia  22202-3513

COMMISSIONER FOR TRADEMARKS

REGISTRATION NO: 1742019      SERIAL NO: 74000758
REGISTRATION DATE: 12/22/1992                            MAILING DATE: 03/05/2003
MARK: MISCELLANEOUS DESIGN
REGISTRATION OWNER: NIKE, INC.
CORRESPONDENCE ADDRESS:

KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DR                     MAR 2 0 2003
BEAVERTON OR  97005-6453

*United States
Basketball Player Design
Cls. 18, 25*

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

**************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

**************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
018  025.

MAKEL, RODNEY W
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6 (9/99)

EXHIBIT E PAGE 64

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,875,307
Registered Jan. 24, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## JUST DO IT.

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FIRST USE 1-26-1989; IN COMMERCE
1-26-1989.

FOR: CLOTHING, NAMELY T-SHIRTS,
SWEATSHIRTS AND CAPS, IN CLASS 25 (U.S.
CL. 39).

SER. NO. 73-829,171, FILED 10-3-1989.

ANIL V. GEORGE, EXAMINING ATTORNEY

EXHIBIT

E  65

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,200,529
Registered Jul. 6, 1982

### TRADEMARK
Principal Register

## SWOOSH

BRS, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.

Ser. No. 308,697, filed May 4, 1981.

B. C. WASHINGTON, Primary Examiner

Nº 1200529

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this sixth day of July, 1982.

COMMISSIONER OF PATENTS AND TRADEMARKS

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
OFFICE OF ASSISTANT COMMISSIONER FOR TRADEMARKS
2900 Crystal Drive
Arlington, Virginia  22202-3513

REGISTRATION NO: 1200529    SERIAL NO: 73308697
REGISTRATION DATE: 07/06/1982                            MAILING DATE: 03/21/2002
MARK: SWOOSH
REGISTRATION OWNER: NIKE, INC.
CORRESPONDENCE ADDRESS:

KATHY J MCKNIGHT
C/O SHAW PITTMAN LLP
23000 N ST NW
WASHINGTON DC    20037 1128

# RECEIVED

MAR 2 7 2002

## S.P.P.T.

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*********************************************

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*********************************************  _18600.1367_

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES): **DOCKETED**
025.

EVERETT, PATRICIA                                          MAR 27 2002
PARALEGAL SPECIALIST                                    Renewal 7.6.12
POST-REGISTRATION DIVISION
(703)308-9500                                          ___Action Due___  ___Due Date___

                                                            ___Initials___

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

TMLT6 (9/99)

EXHIBIT _E_ PAGE _68_



## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid CANCELLATION of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

EXHIBIT I PAGE 69

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,214,930
Registered Nov. 2, 1982

## TRADEMARK
Principal Register

## NIKE

BRS Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 978,952 and 1,153,938.

Ser. No. 302,504, filed Mar. 23, 1981.

ERNEST H. LAND, Primary Examiner

EXHIBIT C PAGE 28





# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE

#### United States Patent and Trademark Office

March 24, 2003

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,214,930 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *20* YEARS FROM   November 02, 1982
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   November 02, 2002
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

   NIKE, INC.
   AN OR CORP



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

E. BORNETT

Certifying Officer

EXHIBIT E PAGE 11

Prior U.S. 39

United States Patent and Trademark Office
Amended

Reg. No. 1,284,386
Registered July 3, 1984
OG Date Oct. 4, 1988

## TRADEMARK
### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

OWNER OF U.S. REG. NOS. 978,952,
1,214,930 AND OTHERS.

FOR: FOOTWEAR , IN CLASS 25 (U.S.
CL. 39).

FIRST USE 9-11-1981; IN COMMERCE
2-16-1982.

SER. NO. 368,773, FILED 6-9-1982.



*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Oct. 4, 1988.*

COMMISSIONER OF PATENTS AND TRADEMARKS



№ 1284386

# THE UNITED STATES OF AMERICA

## CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this third day of July, 1984.

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT ___ PAGE

UNITED STATES
PATENT AND
★ ★ ★ ★ TRADEMARK OFFICE

AUG - 6 2004

Commissioner for Trademarks
2900 Crystal Drive
Arlington, VA 22202-3514
www.uspto.gov

REGISTRATION NO: 1284386     SERIAL NO: 73/368773
REGISTRATION DATE: 07/03/1984
MARK: NIKE AIR AND DESIGN
REGISTRATION OWNER: NIKE, INC.

MAILING DATE: 07/29/2004

CORRESPONDENCE ADDRESS:
KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

GILLIS, BURNIE A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6A (3/2001)

EXHIBIT I PAGE 74

Int. Cl.: 25

Prior U.S. Cl.: 39



United States Patent and Trademark Office

Reg. No. **1,307,123**
Registered Nov. 27, 1984

## TRADEMARK
### Principal Register

## NIKE AIR

Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005

For: FOOTWEAR AND CUSHIONING ELE-
MENTS FOR FOOTWEAR SOLES, in CLASS 25
(U.S. Cl. 39).

First use Sep. 11, 1981; in commerce Jun. 25, 1982.
Owner of U.S. Reg. Nos. 978,952, 1,153,938 and
1,214,930.

Ser. No. 391,596, filed Sep. 28, 1982.

ERIC WACHSPRESS, Examining Attorney

EXHIBIT E PAGE 25

Nº 1307123

## THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof.

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this twenty-seventh day of November, 1984.

COMMISSIONER OF PATENTS AND TRADEMARKS

United States Patent and Trademark Office

Reg. No. 1,323,343
Registered Mar. 5, 1985

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 S.W. Murray Blvd.
Beaverton, Oreg. 97005, by merger from
BRS, Inc. (Oregon corporation)
Beaverton, Oreg.

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190, 1,145,473 and others.

Ser. No. 304,275, filed Apr. 3, 1981.

PAMELA RASK, Examining Attorney

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 1323343    SERIAL NO: 73/304275
REGISTRATION DATE: 03/05/1985                    MAILING DATE: 03/17/2005
MARK: MISCELLANEOUS DESIGN *Swoosh Design*
REGISTRATION OWNER: Nike, Inc.    *Matter*
CORRESPONDENCE ADDRESS: *18600.1510*

Philip M. Davison
Nike, Inc.
One Bowerman Drive
Beaverton OR 97005

RECEIVED

MAR 2 9 2005

NIKE

# NOTICE OF ACCEPTANCE
15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# NOTICE OF RENEWAL
15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

HARPER, BARBARA A
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
(703)308-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6A (1/2003)

EXHIBIT ᛁ PAGE 76

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,325,938
Registered Mar. 19, 1985

## TRADEMARK
### Principal Register



Nike, Inc. (Oregon corporation)
3900 SW. Murray Blvd.
Beaverton, Oreg. 97005, by merger from
BRS, Inc. (Oregon corporation)
Beaverton, Oreg.

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jun. 18, 1971; in commerce Jun. 18, 1971.
Owner of U.S. Reg. Nos. 977,190, 1,153,938 and
others.

Ser. No. 302,503, filed Mar. 23, 1981.

ERNEST H. LAND, Examining Attorney

*U. S.*
*NIKE & SWOOSH Design Cl.25*

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

MAY 3 1 2005

REGISTRATION NO: 1325938    SERIAL NO: 73/302503
REGISTRATION DATE: 03/19/1985
MARK: NIKE AND DESIGN    MAILING DATE: 05/03/2005
REGISTRATION OWNER: NIKE, INC.

CORRESPONDENCE ADDRESS:
PHILILP M. DAVISON
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON OR 97005

# NOTICE OF ACCEPTANCE
## 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

*************************************************

# NOTICE OF RENEWAL
## 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-
IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE
TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

*************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.

CONLEY, JOYCE MARIE
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION

ORIGINAL

TMLT6B (3/2005)

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,370,283
Registered Nov. 12, 1985

### TRADEMARK
### PRINCIPAL REGISTER

## AIR JORDAN

NIKE, INC. (OREGON CORPORATION)
3900 S. W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR AND ATHLETIC CLOTH-
ING, NAMELY, SHIRTS, PANTS, SHORTS,
AND WRIST BANDS, IN CLASS 25 (U.S. CLS. 22
AND 39).

FIRST USE 11–28–1984; IN COMMERCE
11–28–1984.

SER. NO. 536,336, FILED 5–7–1985.

TERESA M. RUPP, EXAMINING ATTORNEY

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

April 19, 1996

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,370,283 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF 20 YEARS FROM November 12, 1985
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:

NIKE, INC.
A OREGON CORPORATION



By Authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

A. SANTOS
Certifying Officer

EXHIBIT E PAGE 82

UNITED AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA   22313-1451
www.uspto.gov

REGISTRATION NO: 1370283      SERIAL NO: 73/536336
REGISTRATION DATE: 11/12/1985                          MAILING DATE: 12/13/2005
MARK: AIR JORDAN
REGISTRATION OWNER: NIKE, INC.

CORRESPONDENCE ADDRESS:
KENNETH M. KWARTLER
NIKE, INC.
ONE BOWERMAN DRIVE
BEAVERTON OR   97005

# NOTICE OF ACCEPTANCE
### 15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.

************************************************

# NOTICE OF RENEWAL
### 15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

ACCORDINGLY, THE REGISTRATION IS RENEWED.

************************************************

THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):
025.


COPELAND, VICKY LEN
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION


ORIGINAL


TMLT6C (11/2005)

EXHIBIT G Page 43

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,508,348
Registered Oct. 11, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## AIR MAX

NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-18-1987; IN COMMERCE
2-18-1987.

SER. NO. 714,272, FILED 3-1-1988.

JERI J. FICKES, EXAMINING ATTORNEY

EXHIBIT _ PAGE 54



# Nº 1508348

## THE UNITED STATES OF AMERICA

### CERTIFICATE OF REGISTRATION

This is to certify that the records of the Patent and Trademark Office show that an application was filed in said Office for registration of the Mark shown herein, a copy of said Mark and pertinent data from the Application being annexed hereto and made a part hereof,

And there having been due compliance with the requirements of the law and with the regulations prescribed by the Commissioner of Patents and Trademarks,

Upon examination, it appeared that the applicant was entitled to have said Mark registered under the Trademark Act of 1946, and the said Mark has been duly registered this day in the Patent and Trademark Office on the

### PRINCIPAL REGISTER

to the registrant named herein.

This registration shall remain in force for Twenty Years unless sooner terminated as provided by law.



In Testimony Whereof I have hereunto set my hand and caused the seal of the Patent and Trademark Office to be affixed this eleventh day of October, 1988.

Commissioner of Patents and Trademarks

PTO-130

EXHIBIT PAGE 55

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,558,100
Registered Sep. 26, 1989

### TRADEMARK
#### PRINCIPAL REGISTER



NIKE, INC. (OREGON CORPORATION)
3900 S.W. MURRAY BOULEVARD
BEAVERTON, OR 97005

FOR: FOOTWEAR, T-SHIRTS, SHORTS, PULLOVERS, PANTS, WARM-UP SUITS AND TANK TOPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11-24-1987; IN COMMERCE 11-24-1987.

SER. NO. 728,115, FILED 5-13-1988.

CHRIS A. F. PEDERSEN, EXAMINING ATTORNEY

EXHIBIT C PAGE 86



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
#### United States Patent and Trademark Office

April 19, 1996

THE ATTACHED U.S. TRADEMARK REGISTRATION 1,558,100 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF 20 YEARS FROM  September 26, 1989
SAID RECORDS SHOW TITLE TO BE IN:

NIKE, INC.

A OREGON CORPORATION



By Authority of the

COMMISSIONER OF PATENTS AND TRADEMARKS

EXHIBIT 3 PAGE 37

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 2,970,902
Registered July 19, 2005

TRADEMARK
PRINCIPAL REGISTER

## NIKE SHOX

NIKE, INC. (OREGON CORPORATION)
ONE BOWERMAN DRIVE
BEAVERTON, OR 97005

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-27-2000; IN COMMERCE 10-27-2000.

OWNER OF U.S. REG. NOS. 977,190, 1,323,343, AND OTHERS.

SN 75-918,603, FILED 2-15-2000.

SHARI SHEFFIELD, EXAMINING ATTORNEY

EXHIBIT E PAGE 86

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 15, 2007, I served on the interested parties in this action with the following:

- NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
  - [PROPOSED] ORDER
- [PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT

for the following civil action:

### Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on November 15, 2007, at Glendale, California

_____
Katrina Bartolome