J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nike, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 – 10, inclusive, <br><br> Defendants. | Case No. CV 07-04706 CW (EDLx) <br><br> [PROPOSED] ORDER |

WHEREAS Plaintiff Nike, Inc. ("Nike" or "Plaintiff") filed its Notice and Motion For Entry of Default Judgment ("Motion"), seeking entry of default judgment, including a permanent injunction against Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant");

WHEREAS Plaintiff, having served a copy of its Motion and Proposed Judgment on Defendant on November 15, 2007;

/ / /

/ / /

/ / /

/ / /

/ / /

WHEREAS Defendant did not oppose Plaintiff's Motion; and

Pursuant to the recommendation by the Magistrate Judge, the Court, having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion, hereby grants Plaintiff's Motion and orders entry of the Judgment Pursuant to Entry of Default.

IT IS SO ORDERED:

DATED: _____

Hon. Claudia Wilken
Judge, United States District Court,
Northern District of California

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 15, 2007, I served on the interested parties in this action with the following:

- NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
    - [PROPOSED] ORDER
- [PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on November 15, 2007, at Glendale, California

_____
Katrina Bartolome