J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| Nike, Inc. | ) Case No. C 07-04706 CW (EDL) |
|---|---|
| Plaintiff, | ) |
| | ) **PLAINTIFF'S REQUEST TO** |
| | ) **APPEAR TELEPHONICALLY AT** |
| v. | ) **THE MOTION FOR DEFAULT** |
| | ) **JUDGMENT HEARING;** |
| Felix Ose Osifo, an individual and d/b/a Osifo | ) |
| Hip Hop Clothing and Does 1 through 10, | ) Court: Hon. Elizabeth D. Laporte |
| inclusive, | ) Date: January 8, 2008 |
| | ) Time: 2:00 p.m. |
| Defendants. | ) |

Plaintiff Nike, Inc. ("Plaintiff"), hereby respectfully requests that the Court grant Plaintiff's request to appear telephonically at the motion for Default Judgment hearing currently scheduled for January 8, 2007, at 2:00 p.m. in Courtroom "E", Floor 15, in the city of San Francisco, State of California.

The Clerk re-set the motion for the Default Judgment hearing on or about November 26, 2007, and notice of Clerk's order re-setting hearing was served on Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant") on or about November 27, 2007.

/ / /

/ / /

Nike v. Osifo: Request to Appear Telephonically — - 1 -

1  In the absence of any opposition or other appearance for or on behalf of Defendant the matter is suitable for resolution telephonically.  Interests of efficiency shall be served by permitting counsel based in Los Angeles, California to appear telephonically.

Dated:  December 13, 2007    J. Andrew Coombs, A Professional Corp.


By: ____/s/ J. Andrew Coombs_____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Plaintiff Nike, Inc.