| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
| 2 | andy@coombspc.com |
| | Annie S. Wang (SBN 243027) |
| 3 | annie@coombspc.com |
| | J. Andrew Coombs, A P. C. |
| 4 | 517 E. Wilson Ave., Suite 202 |
| | Glendale, California 91206 |
| 5 | Telephone: (818) 500-3200 |
| | Facsimile:  (818) 500-3201 |

Attorneys for Plaintiff Nike, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | | |
|---|---|---|
| Nike, Inc. | ) | Case No. C 07-04706 CW (EDL) |
| | ) | |
| Plaintiff, | ) | **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION FOR DEFAULT JUDGMENT HEARING** |
| v. | ) | |
| | ) | |
| Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 through 10, inclusive, | ) | Court: Hon. Elizabeth D. Laporte |
| | ) | Date:  January 8, 2008 |
| | ) | Time:  2:00 p.m. |
| Defendants. | ) | |

    Plaintiff Nike, Inc. ("Plaintiff"), hereby respectfully requests that the Court grant Plaintiff's request to appear telephonically at the motion for Default Judgment hearing currently scheduled for January 8, 2007, at 2:00 p.m. in Courtroom "E", Floor 15, in the city of San Francisco, State of California.

    The Clerk re-set the motion for the Default Judgment hearing on or about November 26, 2007, and notice of Clerk's order re-setting hearing was served on Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant") on or about November 27, 2007.

/ / /

/ / /

Nike v. Osifo: Request to Appear Telephonically      - 1 -

In the absence of any opposition or other appearance for or on behalf of Defendant the matter is suitable for resolution telephonically. Interests of efficiency shall be served by permitting counsel based in Los Angeles, California to appear telephonically.

Dated: December 13, 2007            J. Andrew Coombs, A Professional Corp.


By:    /s/ J. Andrew Coombs
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On December 13, 2007, I served on the interested parties in this action with the following:

- **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION FOR DEFAULT JUDGMENT HEARING**

- **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION FOR DEFAULT JUDGMENT HEARING**

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |
|---|---|

Place of Mailing: Glendale, California
Executed on December 13, 2007, at Glendale, California

_____
Jeremy Cordero