IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>FELIX OSE OSIFO, an individual and d/b/a Osifo Hip Hop Clothing and Does 1-10, inclusive<br><br>      Defendants.                 / | No. C-07-4706 CW (EDL)<br><br>**ORDER FOLLOWING HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |

On September 13, 2007, Plaintiff filed this action against Defendant Felix Ose Osifo, an individual and doing business as Osifo Hip Hop Clothing for trademark infringement, trademark dilution and unfair competition. After entry of default on October 29, 2007, Plaintiff filed a motion for default judgment, which was referred to the undersigned Magistrate Judge pursuant to Civil Local Rule 72-1. The motion came on for hearing on January 8, 2008. Attorney Annie Wang appeared for Plaintiff. Defendant Felix Osifo appeared at the hearing.

At the hearing, the Court informed Defendant that a clerk's default had been entered against him on October 29, 2007 and that he needed to seek relief from that default if he intended to defend this case. The Court encourages Defendant to obtain legal representation, but informs him that the Court offers a free Handbook for litigants proceeding without a lawyer that may assist him in this case. This Handbook is available on-line from the Court's website (www.cand.uscourts.gov) or in person from the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco.

Because Defendant has appeared and expressed his intent to defend this action, the Court ordered the parties to meet and confer immediately after the hearing regarding resolution of this matter. Defendant claims that he did not receive a copy of Plaintiff's motion for default judgment, so the Court provided him with a copy. Defendant shall respond to the motion no later than January 22, 2008. Plaintiff may reply no later than January 29, 2008. Hearing on the motion for default judgment is re-scheduled for February 12, 2008. Plaintiff shall serve a copy of this Order on Defendant at the address he provided in open court.

**IT IS SO ORDERED.**

Dated: January 9, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge