UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  **Date:** January 8, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-04706 CW (EDL)

**Title:**   NIKE, INC. v. FELIX OSE OSIFO

**Attorneys:**   Plaintiff: Annie Wang (phone)     Defendant: Felix Ose Osifo (pro se)

**Deputy Clerk:**   Lili M. Harrell     **Court Reporter:** Lydia Zinn

**PROCEEDINGS:**                                   **RULINGS:**

Plaintiff's Motion for Default Judgment                        to continue

**ORDERED AFTER HEARING:**
   - Defendant shall file his response to the motion by 1/22/08.
   - Plaintiff may file a reply by 1/29/08.
   - Hearing continued to 2/12/08 at 9:00am

**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [ ] Defendant  [ ] Court

**Case Continued to:**

Notes: Parties met and conferred after the hearing. Court provided defendant with a copy of the motion.

cc: