Felix Ose Osifo
324 East Santa Clara Street
San Jose, CA 95113
(408) 293-0331

Defendant

**FILED**
JAN 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

Nike, Inc.

      Plaintiffs

vs.

Felix Ose Osifo, an individual d/b/a
Osifo Hip Hop Clothing

      Defendants

Case No. C 07-04706 CW

RESPONSE TO CLAIM

///

///

///

///

///

///

///

1. The defendant, Felix Ose Osifo did not purchase, import, distribute or manufacture Nike footwear.

2. The defendant did not profit from any unlawful activities.

3. The defendant did not commit any acts intentionally, fraudulently, maliciously, willfully, wantonly and oppressively intend to injure Nike and its business

4. Please refer to attached letter that was sent to the Plaintiffs on October, 1, 2007.

1/14/08  *[signature]*

October 1, 2007

To whom it may concern;

First of all let me introduce myself, I am George Osifo, owner of Osifo Hip Hop Clothing. On 7-04-2007 a man of caucasian descent came into my business at 324 East Santa Clara Street, (San Jose, CA 95113) and introduced himself as "James" a Nike representative. He let me know that he had some nike shoes for sale. I said that we had no money to buy any and that we have never sold these type of shoes before. The man insisted he leave the shoes on consignment. He even showed me a catalog to show that they were legit. We filled out a consignment form that he brought with him, agreeing to sell the shoes for him, (as a representative for Nike) not for our personal gain. I did not know the shoes were not real. We will never sell these Nike shoes again. If need be we will send the rest of the shoes back to you. The man left 35 total shoes, which we only sold 2 of so that leaves 33. Please let us know where we can ship the shoes to. Thank you for your time.        Geo Osifo

*nike*

## Consignment

| | | | |
|---|---|---|---|
| **Company Name** | Osito Hip Hop Clothing | **Location Number** | 26 |
| **Company Address** | 324 Santa Clara St | **Invoice Data** | 7-04-07 |
| | San Jose Ca 95113 | **Invoice Terms** | |
| **Company Telephone** | (408) 293-0331 | **Invoice Due Date** | |

35 shoes

### Approvals

**Authorized Signature** geo Osito

**Sales Representative:** james