1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*
2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*
3   J. Andrew Coombs, A P. C.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone: (818) 500-3200
5   Facsimile:  (818) 500-3201

6   Attorneys for Plaintiff Nike, Inc.

7   Felix Ose Osifo
    d/b/a Osifo Hip Hop Clothing
8   324 E. Santa Clara St.
    San Jose, California 95113
9
    Defendant, *in pro se*
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| Nike, Inc., | ) | Case No. C 07-04706 CW (EDL) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JOINT STIPULATION RE CONTINUANCE OF DEFAULT HEARING |
| Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing, et al. | ) | |
| Defendants. | ) | Court: Hon. Elizabeth D. Laporte<br>Date: February 12, 2008<br>Time: 9:00 a.m. |

Plaintiff Nike, Inc. ("Nike" or "Plaintiff") by and through its counsel of record and Defendant Feliz Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant"), *in pro se*, agree and stipulate as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about September 5, 2007;

WHEREAS Plaintiff filed its motion for default judgment against Defendant which came upon the Court's calendar for hearing on January 8, 2008;

WHEREAS on or about January 9, 2008, the Court issued its Order Following Hearing on Plaintiff's Motion for Default Judgment continuing the hearing on Plaintiff's motion for default judgment until February 12, 2008;

WHEREAS the Parties are attempting to resolve the claims alleged in the Complaint herein;

Nike v. Osifo, et al.: Joint Stipulation to Continue Default Hearing   - 1 -

WHEREAS providing the Parties additional time will allow the Parties to exchange settlement documents for review and signature;

WHEREAS the Parties intend to appear on the continued date on Plaintiff's motion for default judgment should settlement for any reason fail to be completed;

WHEREAS in the interests of efficiency, the Parties agree that they may, subject to the Court's approval, appear telephonically at any continued hearing date; and

NOW, THEREFORE, the Parties stipulate and agree that the pending motion on Defendant's default judgment currently set for February 12, 2008, be continued until March 11, 2008, or a date thereafter acceptable to the court.

IT IS SO STIPULATED by the parties hereto:

DATED: 2/7, 2008               J. Andrew Coombs, A Professional Corp.

                               _____
                               J. Andrew Coombs
                               Annie Wang
                               Attorneys for Plaintiff Nike, Inc.


DATED: 2/7, 2008               Defendant Feliz Ose Osifo, an individual and d/b/a
                               Osifo Hip Hop Clothing

                               _____
                               Feliz Ose Osifo
                               Defendant, in pro se

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 8, 2008, I served on the interested parties in this action with the following:

- **JOINT STIPULATION RE CONTINUANCE OF DEFAULT HEARING**
- **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND TO APPEAR TELEPHONICALLY**

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on February 8, 2008, at Glendale, California

_____
Katrina Bartolome