J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

Felix Ose Osifo
d/b/a Osifo Hip Hop Clothing
324 E. Santa Clara St.
San Jose, California 95113

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| Nike, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 through 10, inclusive, <br><br> Defendants. | Case No. C 07-04706 CW (EDL) <br><br> **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND TO APPEAR TELEPHONICALLY** <br><br> Court: Hon. Elizabeth D. Laporte <br> Date: February 12, 2008 <br> Time: 9:00 a.m. |

On or about January 8, 2008, Plaintiff Nike, Inc.'s ("Plaintiff") Motion for Default Judgment against Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant") came upon the Court's calendar for hearing. On or about January 9, 2008, the Court rescheduled the hearing on Plaintiff's Motion to February 12, 2008 at 9:00 a.m. The Parties thereafter submitted a stipulation to continue the hearing in light of settlement discussions.

In light of the Parties' stipulation, the hearing on Plaintiff's Motion for Default Judgment against Defendant which is currently on calendar for February 12, 2008, at 9:00 a.m., in Courtroom

"E", Floor 15, in the city of San Francisco, State of California, is continued until March ___, 2008, at 9:00.a.m, and in the interests of efficiency it is hereby ordered that either of the Parties may appear telephonically at said date and time.

IT IS SO ORDERED.

Dated:

                                                        Hon. Elizabeth D. Laporte
                                                        Judge, United States District Court,
                                                        Northern District of California

Presented By:

J. Andrew Coombs, A Professional Corp.

By: __/s/ J. Andrew Coombs__
      J. Andrew Coombs
      Annie S. Wang
Attorneys for Nike, Inc.


Defendant Felix Ose Osifo, an individual
and d/b/a Osifo Hip Hop Clothing

By:_____
      Felix Ose Osifo
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 8, 2008, I served on the interested parties in this action with the following:

- **JOINT STIPULATION RE CONTINUANCE OF DEFAULT HEARING**
- **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND TO APPEAR TELEPHONICALLY**

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on February 8, 2008, at Glendale, California

_____
Katrina Bartolome