IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC.,

        Plaintiff,

  v.

OSIFO,

        Defendant.
_____/

No. C 07-04706 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

A hearing on Plaintiff's Motion for Default Judgment having been set for March 11, 2008, before Magistrate Judge Elizabeth D. Laporte,

Notice is hereby given that the Case Management Conference, previously set for March 11, 2008, before Judge Claudia Wilken is continued to **April 29, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Conference Statement will be due one week prior to the conference.

Dated:  2/27/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk

cc:  EDL

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT<br>FOR THE<br>NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC. et al,

        Plaintiff,

  v.

OSIFO et al,

        Defendant.
                                 /

Case Number: CV07-04706 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 27, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Annie S Wang  
J. Andrew coombs, A.P.C.  
517 E. Wilson Avenue  
Suite 202  
Glendale, CA 91206

Felix Ose Osifo  
324 East Santa Clara Street  
San Jose, CA 95113

Dated: February 27, 2008

                                            Richard W. Wieking, Clerk  
                                            By: Sheilah Cahill, Deputy Clerk

2