1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 E. Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Nike, Inc.

7

8                          UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA (OAKLAND DIVISION)

10 Nike, Inc.,                                  ) Case No. C 07-04706 CW (EDL)
                         Plaintiff,             )
11       v.                                     ) DECLARATION RE
                                                ) NONCOMPLIANCE WITH COURT
12 Felix Ose Osifo, an individual and d/b/a Osifo ) ORDER REGARDING JOINT REPORT
   Hip Hop Clothing, et al.                     )
13                                              )
                         Defendants.            )
14 _____)

15                          **DECLARATION OF ANNIE S. WANG**

16       1.      I am an attorney at law, duly admitted to practice before the Courts of the State of

17 California and the United States District Court for the Northern District of California.  I am an

18 attorney of record for Plaintiff Nike, Inc. ("Plaintiff").  Except as otherwise expressly stated to the

19 contrary, I have personal knowledge of the following facts and, if called as a witness, I could and

20 would competently testify as follows.

21       2.      On or about February 11, 2008, I received a copy of the Court's Order Granting the

22 Parties' Request to Continue the Default Judgment Hearing among other things ("Court's Order").

23 The Court's Order required the Parties to file a joint report regarding the status of the default

24 judgment motion no later than March 4, 2008.  I am informed and believe that notice of the Court's

25 Order was served on Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing

26 ("Defendant") on or about February 11, 2008, a true and correct copy of which is attached hereto

27 as Exhibit A.

28

Nike v. Osifo:  Declaration re Joint Report            - 1 -

3. Beginning on or about January 8, 2008, the Parties discussed resolution of this matter and the pending default judgment motion. On or about February 14, 2008, it became apparent that the Parties would be unable to resolve this matter despite having exchanged settlement documents on or about February 4, 2008.

4. On or about February 15, 2008, I sent to Defendant's email address a draft of the joint report pursuant to the Court's Order, a copy of which is attached hereto as Exhibit B. I had used this method of communication with Defendant successfully in the past.

5. On or about February 20, 2008, I spoke with Defendant by telephone and he indicated that he would need me to mail him the joint report. On or about this date I mailed to Defendant the joint report, a true and correct copy of this correspondence is attached hereto as Exhibit C.

6. As of the filing of this declaration, I have received no further contact from Defendant and have not received any comments or executed signature pages regarding the joint report despite numerous follow up attempts by email and telephone.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed the 4th day of March, 2008, at Glendale, California.

						_____/s/ Annie S. Wang_____
							ANNIE S. WANG

# EXHIBIT A

```
1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone:  (818) 500-3200
4  Facsimile:   (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff,
7  Nike, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Nike, Inc. | Case No. C 07-04706 CW |
| Plaintiff, | NOTICE OF ORDER |
| v. | |
| Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing and Does 1 through 10, inclusive, | |
| Defendants. | |

TO DEFENDANT FELIX OSE OSIFO, an individual and d/b/a OSIFO HIP HOP CLOTHING:

PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-captioned action on February 11, 2008. A copy of the Order is attached.

DATED: February 11, 2008

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Nike, Inc.

Nike v. Osifo: Notice of Order         - 1 -

1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
4  Glendale, California 91206
   Telephone: (818) 500-3200
5  Facsimile: (818) 500-3201

6  Attorneys for Plaintiff Nike, Inc.

7  Felix Ose Osifo
   d/b/a Osifo Hip Hop Clothing
8  324 E. Santa Clara St.
   San Jose, California 95113
9
   Defendant, *in pro se*
10

11              UNITED STATES DISTRICT COURT

12        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

13
   Nike, Inc.,                          )  Case No. C 07-04706 CW (EDL)
14                                      )
                    Plaintiff,          )  [~~PROPOSED~~] ORDER GRANTING
15                                      )  CONTINUANCE OF HEARING ON
       v.                               )  PLAINTIFF'S MOTION FOR
16                                      )  DEFAULT JUDGMENT AND TO
   Felix Ose Osifo, an individual and d/b/a Osifo )  APPEAR TELEPHONICALLY
17 Hip Hop Clothing and Does 1 through 10, )
   inclusive,                           )  Court: Hon. Elizabeth D. Laporte
18                                      )  Date:  February 12, 2008
                    Defendants.         )  Time:  9:00 a.m.
19                                      )

20     On or about January 8, 2008, Plaintiff Nike, Inc.'s ("Plaintiff") Motion for Default

21 Judgment against Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing

22 ("Defendant") came upon the Court's calendar for hearing. On or about January 9, 2008, the Court

23 rescheduled the hearing on Plaintiff's Motion to February 12, 2008 at 9:00 a.m. The Parties

24 thereafter submitted a stipulation to continue the hearing in light of settlement discussions.

25     In light of the Parties' stipulation, the hearing on Plaintiff's Motion for Default Judgment

   against Defendant which is currently on calendar for February 12, 2008, at 9:00 a.m., in Courtroom
26
27
28

Nike v. Osifo: Proposed Order to Continue/Appear Telephonically   - 1 -

1  "E", Floor 15, in the city of San Francisco, State of California, is continued until March 11, 2008,
2  at 9:00 a.m, and in the interests of efficiency it is hereby ordered that either of the Parties may
3  appear telephonically at said date and time. Any party seeking to appear by telephone must contact the Court's courtroom deputy at 415-522-3694 no later than March 10, 2008 with a number for the Court to call on March 11, 2008. If any party elects to appear by telephone, that party shall be available beginning at 9:00 a.m. on March 11, 2008 until called by the Court. The parties shall file a joint statement regarding the status of the motion for default judgment no later than March 4, 2008.

IT IS SO ORDERED.

Dated: Feb. 11, 2008

_____
Hon. Elizabeth D. Laporte
Judge, U.S. District Court,
Northern District of California

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

Presented By:

J. Andrew Coombs, A Professional Corp.

By: /s/ J. Andrew Coombs
       J. Andrew Coombs
       Annie S. Wang
Attorneys for Nike, Inc.

Defendant Felix Ose Osifo, an individual
and d/b/a Osifo Hip Hop Clothing

By: _____
       Felix Ose Osifo
Defendant, in pro se

Nike v. Osifo: Proposed Order to Continue/Appear Telephonically    - 2 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 8, 2008, I served on the interested parties in this action with the following:

- **JOINT STIPULATION RE CONTINUANCE OF DEFAULT HEARING**
- **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND TO APPEAR TELEPHONICALLY**

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on February 8, 2008, at Glendale, California

_____
Katrina Bartolome

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 11, 2008, I served on the interested parties in this action with the following:

- **NOTICE OF ORDER**

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on February 11, 2008, at Glendale, California

_____
Katrina Bartolome

# EXHIBIT B

### Annie Wang

| | |
|---|---|
| **From:** | Annie S. Wang [annie@coombspc.com] |
| **Sent:** | Friday, February 15, 2008 10:27 AM |
| **To:** | 'osifohiphopclothing@hotmail.com' |
| **Subject:** | Nike v. Osifo |
| **Attachments:** | 2008-02-15 Joint Status Report re Default Hearing.doc |

Felix,

Pursuant to the Court's order we have to file a joint report. Please review the attached and print it out, sign it, and send it back to me via fax and mail if there are no changes.

Thanks,
Annie


**Annie S. Wang**
Law Offices of J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201
Email: annie@coombspc.com

This message contains information that is privileged, confidential and exempt from disclosure under applicable law. The information is intended to be for the use of the individual or entity to which it is addressed. If you are not the intended recipient, or an employee of the recipient, be aware that any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited. If you have received this electronic message in error, please notify us by calling (818) 500-3200 or by email at info@coombspc.com immediately and delete or destroy all copies of this transmission.

1 | J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
2 | Annie S. Wang (SBN 243027)
*annie@coombspc.com*
3 | J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
4 | Glendale, California 91206
Telephone: (818) 500-3200
5 | Facsimile:  (818) 500-3201

6 | Attorneys for Plaintiff Nike, Inc.

7 | Felix Ose Osifo
d/b/a Osifo Hip Hop Clothing
8 | 324 E. Santa Clara St.
San Jose, California 95113

9 |
10 | Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| Nike, Inc., | ) | Case No. C 07-04706 CW (EDL) |
| Plaintiff, | ) | |
| v. | ) | JOINT STATUS REPORT RE MOTION FOR DEFAULT |
| | ) | |
| Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing, et al. | ) | Court: Hon. Elizabeth D. Laporte |
| | ) | Date: March 11, 2008 |
| Defendants. | ) | Time: 10:00 a.m. |

Plaintiff Nike, Inc. ("Nike" or "Plaintiff") by and through its counsel of record and Defendant Feliz Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant"), *in pro se*, hereby submit the following Joint Report re Motion for Default as required by the Court's order of February 11, 2008.

/ / /

/ / /

/ / /

/ / /

/ / /

Nike v. Osifo, et al.: Joint Status Report Re Motion for Default      - 1 -

1  The Parties have been unable to conclude settlement as expected and the Court should
2  proceed with the litigation.

3
4  DATED:_____, 2008         J. Andrew Coombs, A Professional Corp.
5
6                                   _____
                                     J. Andrew Coombs
                                     Annie Wang
7                                    Attorneys for Plaintiff Nike, Inc.
8
9  DATED: _____, 2008        Defendant Feliz Ose Osifo, an individual and d/b/a
                                     Osifo Hip Hop Clothing
10
11                                   _____
                                     Feliz Ose Osifo
12                                   Defendant, *in pro se*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT C

LAW OFFICES
## J. ANDREW COOMBS
A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

February 20, 2008

**Via First Class Mail**
**And Email**
*osifohiphopclothing@hotmail.com*

Mr. Felix Ose Osifo
d/b/a Osifo Hip Hop Clothing
324 E. Santa Clara St.
San Jose, California 95133

   Re: **Nike, Inc. v. Osifo, et al.**
      **Case No.: C 07-04706 CW**

Dear Mr. Osifo:

  Per the Court's Order, a copy of which is attached, the Parties are required to submit a joint statement regarding the status of the motion for default judgment on or before March 4, 2008.

  As I explained to you over the phone, I sent a draft to the email address you provided last week. However, I am attaching another copy with this letter for your reference.

  Please contact me with your comments, or, <u>if you have no comments, please sign</u> the report and send it back to me either by mail, fax or email, so that we <u>receive</u> it on or before March 3, 2008, in time to comply with the Court's order. I would be more than happy to answer any questions you may have.

Very truly yours,

J. Andrew Coombs,
A Professional Corporation

By: Annie Wang
Counsel for Nike, Inc.

Enclosure
ASW/bm

Exhibit C Page 14

| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | andy@coombspc.com |
| 2 | Annie S. Wang (SBN 243027) |
|   | annie@coombspc.com |
| 3 | J. Andrew Coombs, A P. C. |
|   | 517 E. Wilson Ave., Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone: (818) 500-3200 |
| 5 | Facsimile:  (818) 500-3201 |
| 6 | Attorneys for Plaintiff Nike, Inc. |
| 7 | Felix Ose Osifo |
|   | d/b/a Osifo Hip Hop Clothing |
| 8 | 324 E. Santa Clara St. |
|   | San Jose, California 95113 |
| 9 | |
| 10 | Defendant, *in pro se* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | | |
|---|---|---|
| Nike, Inc., | ) | Case No. C 07-04706 CW (EDL) |
|   | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
|   | ) | **CONTINUANCE OF HEARING ON** |
| v. | ) | **PLAINTIFF'S MOTION FOR** |
|   | ) | **DEFAULT JUDGMENT AND TO** |
| Felix Ose Osifo, an individual and d/b/a Osifo | ) | **APPEAR TELEPHONICALLY** |
| Hip Hop Clothing and Does 1 through 10, | ) | |
| inclusive, | ) | Court: Hon. Elizabeth D. Laporte |
|   | ) | Date:  February 12, 2008 |
| Defendants. | ) | Time:  9:00 a.m. |
|   | ) | |

On or about January 8, 2008, Plaintiff Nike, Inc.'s ("Plaintiff") Motion for Default Judgment against Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant") came upon the Court's calendar for hearing. On or about January 9, 2008, the Court rescheduled the hearing on Plaintiff's Motion to February 12, 2008 at 9:00 a.m. The Parties thereafter submitted a stipulation to continue the hearing in light of settlement discussions.

In light of the Parties' stipulation, the hearing on Plaintiff's Motion for Default Judgment against Defendant which is currently on calendar for February 12, 2008, at 9:00 a.m., in Courtroom

Nike v. Osifo: Proposed Order to Continue/Appear Telephonically    - 1 -

Exhibit C Page 15

1   "E", Floor 15, in the city of San Francisco, State of California, is continued until March 11, 2008,
2   at 9:00 a.m, and in the interests of efficiency it is hereby ordered that either of the Parties may
3   appear telephonically at said date and time. Any party seeking to appear by telephone must contact the Court's courtroom deputy at 415-522-3694 no later than March 10, 2008 with a number for the Court to call on March 11, 2008. If any party elects to appear by telephone, that party shall be available beginning at 9:00 a.m. on March 11, 2008 until called by the Court. The parties shall file a joint statement regarding the status of the motion for default judgment no later than March 4, 2008.

IT IS SO ORDERED.

Dated: Feb. 11, 2008

_____
Hon. Elizabeth D. Laporte
Judge, U.S. District Court,
Northern District of California

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

Presented By:

J. Andrew Coombs, A Professional Corp.

By:  /s/ J. Andrew Coombs
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Nike, Inc.


Defendant Felix Ose Osifo, an individual
and d/b/a Osifo Hip Hop Clothing

By: _____
     Felix Ose Osifo
Defendant, in pro se

Nike v. Osifo: Proposed Order to Continue/Appear Telephonically    - 2 -

Exhibit C Page 16

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On February 8, 2008, I served on the interested parties in this action with the following:

- **JOINT STIPULATION RE CONTINUANCE OF DEFAULT HEARING**
- **[PROPOSED] ORDER GRANTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND TO APPEAR TELEPHONICALLY**

for the following civil action:

Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |
|---|---|

Place of Mailing: Glendale, California
Executed on February 8, 2008, at Glendale, California

_____
Katrina Bartolome

Exhibit C Page 17

J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff Nike, Inc.

Felix Ose Osifo
d/b/a Osifo Hip Hop Clothing
324 E. Santa Clara St.
San Jose, California 95113

Defendant, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| Nike, Inc.,<br>　　　　　　Plaintiff,<br>　　v.<br>Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing, et al.<br>　　　　　　Defendants. | Case No. C 07-04706 CW (EDL)<br><br>JOINT STATUS REPORT RE MOTION FOR DEFAULT<br><br>Court: Hon. Elizabeth D. Laporte<br>Date:　March 11, 2008<br>Time:　10:00 a.m. |

　　　　Plaintiff Nike, Inc. ("Nike" or "Plaintiff") by and through its counsel of record and Defendant Feliz Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing ("Defendant"), *in pro se*, hereby submit the following Joint Report re Motion for Default as required by the Court's order of February 11, 2008.

/ / /

/ / /

/ / /

/ / /

/ / /

Nike v. Osifo, et al.: Joint Status Report Re Motion for Default　　- 1 -

Exhibit C Page 18

The Parties have been unable to conclude settlement as expected and the Court should proceed with the litigation.

DATED:_____, 2008    J. Andrew Coombs, A Professional Corp.


                                            _____
                                                      J. Andrew Coombs
                                                        Annie Wang
                                            Attorneys for Plaintiff Nike, Inc.


DATED: _____, 2008    Defendant Feliz Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing


                                            _____
                                                      Feliz Ose Osifo
                                            Defendant, *in pro se*

**PROOF OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

      On March 4, 2008, I served on the interested parties in this action with the following:

- **DECLARATION RE NONCOMPLIANCE WITH COURT ORDER REGARDING JOINT REPORT**

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on March 4, 2008, at Glendale, California

_____
Katrina Bartolome