UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>**CIVIL MINUTES**</u>

**ELIZABETH D. LAPORTE**                                      **Date:** March 11, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-04706 CW (EDL)

**Title:**     NIKE, INC. v. FELIX OSE OSIFO

**Attorneys:**    Plaintiff: Anne Wang (phone)        Defendant: Felix Ose Osifo

**Deputy Clerk:**     Lili M. Harrell           **Court Reporter:** Sahar McVickar
                                                 (10:00am - 10:08am)

**PROCEEDINGS:**                                              **RULINGS:**

Plaintiff's Motion for Default Judgment                       Hearing held

**ORDERED AFTER HEARING:**
  - Defendant shall file his motion to set aside default no later than 3/14/08
  - Plaintiff shall file its opposition no later than 3/28/08.
  - Court will take matter under submission

**ORDER TO BE PREPARED BY:**  [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**

Notes:


cc: