Felix Ose Osifo
324 East Santa Clara Street
San Jose, California 95113
(408) 293-0331

FILED
2008 MAR 12 PM 1:12

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant

# UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| Nike, Inc.<br>Plaintiff,<br><br>v.<br><br>Felix Ose Osifo, an individual and d/b/a<br>Osifo Hip Hop Clothing<br><br>Defendants, | ) Case No. C 07-04706 CW<br>)<br>) Motion for Dismissal of<br>) default Judgment.<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Defendant Felix Osifo, Osifo Hip Hop Clothing requests a Motion for default judgment to dismiss charges of Default.

Defendant Felix Osifo d/b/a/ Osifo Hip Hop Clothing did not receive the copy that the plaintiff filed so there we could not reply.

We the Defendant Felix Osifo d/b/a Osifo

Defendant Felix Osifo, d/b/a Osifo Hip Hop Clothing requests a Motion for Default judgment to dismiss charges of Default.

Defendant Felix Osifo, d/b/a Osifo Hip Hop Clothing did not receive the copy that the plaintiff, Nike, Inc. filed so therefore we could not reply.

We the Defendant Felix Osifo d/b/a Osifo Hip hop Clothing request the charges be dismissed.

Case 4:07-cv-04706-CW    Document 32    Filed 03/12/2008    Page 2 of 4

1. The defendant, Felix Ose Osifo did not purchase, import, distribute or manufacture Nike footwear.

2. The defendant did not profit from any unlawful activities.

3. The defendant did not commit any acts intentionally, fraudulently, maliciously, willfully, wantonly and oppressively intend to injure Nike and its business.

4. Please refer to attached letter that was sent to the Plaintiffs on October, 1, 2007.

5. The total amount of shoes is $1575.00 for 35 pair of shoes that were on consignment.

6. The total, $1575.00 is too low to be in Federal Court so for that matter this case should be dismissed and we will return the 33 pair of shoes.

*F. O.* [signature]    3/12/08

October 1, 2007

To whom it may concern;

First of all let me introduce myself, I am George Osifo, owner of Osifo Hip Hop Clothing. On 7-04-2007 a man of caucasian descent came into my business at 324 East Santa Clara Street, (San Jose, CA 95113) and introduced himself as "James" a Nike representative. He let me know that he had some nike shoes for sale. I said that we had no money to buy any and that we have never sold these type of shoes before. The man insisted he leave the shoes on consignment. He even showed me a catalog to show that they were legit. We filled out a consignment form that he brought with him, agreeing to sell the shoes for him, (as a representative for Nike) not for our personal gain. I did not know the shoes were not real. We will never sell these Nike shoes again. If need be we will send the rest of the shoes back to you. The man left 35 total shoes, which we only sold 2 of so that leaves 33. Please let us know where we can ship the shoes to. Thank you for your time.       Geo Osi.

## Consignment

| | | | |
|---|---|---|---|
| Company Name | Osifo Hip Hop Clothing | Location Number | 26 |
| Company Address | 324 Santa Clara St | Invoice Data | 7-04-07 |
| | San Jose Ca 95113 | Invoice Terms | |
| Company Telephone | (408) 293-0331 | Invoice Due Date | |

35 shoes

### Approvals

Authorized Signature: geo osifo

Sales Representative: james