# EXHIBIT C



OSITO HIP HOP CLOTHING
324 E SANTA CLARA ST
SAN JOSE CA 95113
(408) 293-0301
#240020060705

C O P Y
07/11/2007 13:53:49
Sale

Transaction #      1
Card Type        VISA
Acc     ************8542
Entry          Swiped
Invoice #        1387
Total         109.25

Reference No.  00000001
Auth Code:       613461
Respon:        APPROVED

CUSTOMER COPY

---

OSITO HIP HOP CLOTHING
NO REFUND NO EXCHANGE
EXCHANGE ONLY WITHIN 14
DAYS OF PURCHASE ITEM
MUST HAVE TAGS ATTACHED

REG 07-11-2007 10:53  0003
CLOTHES     T1    $40.00
CLOTHES     T1    $60.00
SUB-TOT 1       $100.00
TAX 1             $9.25
CHARGE          $109.25