# EXHIBIT D





Exhibit A, Page 28

