



AIR FORCE 1
BLACK/YELLOW
MADE IN CHINA / FABRIQUE AU CHINE / HECHO EN CHINA
306353  071
UK 9.5
EUR 44.5
CM 28.5
WWW.NIKE.COM

10