<␀>
<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>
<␀>

<␀>
<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>

<␀>







