EXHIBIT B

J. ANDREW COOMBS  SBN: 123881
J. ANDREW COOMBS
517 E. WILSON ST. #202
GLENDALE, CA 91206
(818) 500-3200

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER:

CV07-04706 CW

| NIKE | Plaintiff(s) | |
| v. | | **PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |
| OSIFO | Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the *(specify documents)*:

   a. ☐ summons        ☐ complaint        ☐ alias summons        ☐ first ammended complaint
   
   ☐ second amended complaint
   
   ☐ third amended complaint

   ☒ other *(specify):* **See Attached List**

2. **Person served:**

   a. ☒ Defendant *(name:)* **FELIX OSE OSIFO, AN INDIVIDUAL AND D/B/A OSIFO HIP HOP CLOTHING**

   b. ☐ Other *(specify name and title or relationship to the party/business named):*

   c. ☒ Address where the papers were served: **324 E. SANTA CLARA ST.**
   **SAN JOSE, CA 95113**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. ☒ Federal Rules of Civil Procedure

   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:

   a. ☒ **By Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

   1. ☒ Papers were served on *(date):* 09/26/2007 at *(time):* 04:40 pm

   b. ☐ **By Substituted Service.** By leaving copies:

   1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

   2. ☐ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

   3. ☐ Papers were served on *(date):* at *(time):*

   4. ☐ by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

   5. ☐ papers were mailed on (date):

   6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

Exhibit B, Page 41

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10)  By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** (C.C.P. 415.20 only) By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other**  (specify code section and type of service):

5. Service upon the United States, and its Agencies, Corporations or Officers.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:  *(date):*          at *(time):*

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States  at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

**Pat Miranda**
**Janney & Janney Attorney Service, Inc.**
**1545 Wilshire Blvd., Ste. 311**
**Los Angeles, CA 90017**
**(213) 628-6336**

a. Fee for service: $ 75.00

b. ☐ Not a registered California process server

c. ☐ Exempt from registration under B&P 22350(b)

d. ☐ Registered California process server
   Registration # :768

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **October 12, 2007**        **Pat Miranda**
                    Type or Print Server's Name                    (Signature)

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)

# SERVICE OF PROCESS ATTACHMENT

## LISTING OF DOCUMENTS IN SERVICE PACKET

- Summons;
- Complaint;
- Notice of Assignment;
- USDC S.F. Office Hours;
- ECF Registration and Handout;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Plaintiff's Declination to Proceed Before Magistrate;
- Notice of Interested Parties;
- Trademark Notice;
- Civil Cover Sheet;
- Standing Order for Civil Practices in cases assigned for all purposes to Magistrate Judge Chen;
- Declination to Proceed before a Magistrate Judge form;
- Standing Order for all Northern District Judges

LAW OFFICES
# J. ANDREW COOMBS
A PROFESSIONAL CORPORATION
517 EAST WILSON AVENUE, SUITE 202
GLENDALE, CALIFORNIA 91206-5902
TELEPHONE (818) 500-3200
FACSIMILE (818) 500-3201

October 17, 2007

**Via First Class Mail**

Mr. Felix Ose Osifo
d/b/a Osifo Hip Hop Clothing
324 E. Santa Clara St.
San Jose, California 95133

>           Re:     **Nike, Inc. v. Osifo, et al.**
>                   **Case No.: C 07-04706 CW**

Dear Mr. Osifo:

Our records indicate that you were served on or about September 26, 2007, and were required to file an Answer to the Complaint on or before October 16, 2007.

As there have been no extensions of time to respond, you are currently in technical default. Accordingly, we will request an entry of default against you on October 23, 2007, should we not receive an Answer to the Complaint or you not contact us by COB October 22, 2007.

This letter is not a complete statement of Nike's rights in connection with this matter, and nothing contained herein constitutes an express or implied waiver of any rights, remedies or defenses in connection with this matter, all of which are expressly reserved.

Very truly yours,
J. Andrew Coombs, A P.C.

By: Jeremy Cordero
for Nike, Inc.

JJC:bm

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On September 27, 2007, I served on the interested parties in this action with the following:

- NOTICE OF IMEPNDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

- REASSIGNMENT ORDER

- CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE

for the following civil action:

Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo d/b/a Osifo Hip Hop Clothing 324 E. Santa Clara St. San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on September 27, 2007, at Glendale, California

_____
Jeremy Cordero

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On September 28, 2007, I served on the interested parties in this action with the following:

- PROOF OF SERVICE – NOTICES OF RULING AND ORDER

for the following civil action:

Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on September 28, 2007, at Glendale, California

Jeremy Cordero

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On October 18, 2007, I served on the interested parties in this action with the following:

- PROOF OF SERVICE – SUMMONS AND COMPLAINT

for the following civil action:

### Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo d/b/a Osifo Hip Hop Clothing 324 E. Santa Clara St. San Jose, California 95113 | |
|---|---|

Place of Mailing: Glendale, California
Executed on October 18, 2007, at Glendale, California

Jeremy Cordero

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On October 25, 2007, I served on the interested parties in this action with the following:

- REQUEST FOR ENTRY OF DEFAULT; DECLARATION IN SUPPORT THEREOF

for the following civil action:

Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo d/b/a Osifo Hip Hop Clothing 324 E. Santa Clara St. San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on October 25, 2007, at Glendale, California

_____
Jeremy Cordero

1  J. Andrew Coombs (SBN 123881)
   Annie S. Wang (SBN 243027)
2  J. Andrew Coombs, A P. C.
   517 E. Wilson Ave., Suite 202
3  Glendale, California 91206
   Telephone:  (818) 500-3200
4  Facsimile:  (818) 500-3201

5  andy@coombspc.com
   annie@coombspc.com
6
   Attorneys for Plaintiff,
7  Nike, Inc.

8              UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10
    Nike, Inc.                          )
11                                       )   Case No. C 07-04706 CW
                                         )
12                Plaintiff,             )   NOTICE OF ORDER
                                         )
13        v.                             )
                                         )
14  Felix Ose Osifo, an individual and d/b/a Osifo )
    Hip Hop Clothing and Does 1 through 10, )
15  inclusive,                           )
                                         )
16                Defendants.            )
                                         )
17

18  TO DEFENDANT FELIX OSE OSIFO, an individual and d/b/a OSIFO HIP HOP CLOTHING:

19        PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-

20  captioned action on October 30, 2007.  A copy of the Court's Order electronically transmitted is

21  attached.

22  DATED:  October 31, 2007              J. Andrew Coombs, A Professional Corp.

23

24  By: _____
                            J. Andrew Coombs
25                              Annie S. Wang
                        Attorneys for Plaintiff Nike, Inc.
26

27

28

    Nike v. Osifo: Notice of Order                    - 1 -

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC., | No. C 07-04706 CW |
|       Plaintiff, | ORDER |
|   v. | |
| FELIX OSE OSIFO, an individual and dba Osifo Hip Hop Clothing, | |
|       Defendant._____/ | |

Default having been entered by the Clerk on October 29, 2007,

IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment within 30 days from the date of this order, and upon filing of motion for default judgment, said motion will be referred to a Magistrate Judge, pursuant to Civ. L.R. 72-1, to be heard and considered at the convenience of his/her calendar.  The Magistrate Judge shall prepare findings and recommendation on the motion.

IT IS FURTHER ORDERED that the Case Management Conference previously set for January 8, 2008, is continued to March 11, 2008, at 2:00 p.m.

Dated: 10/30/07

_____
CLAUDIA WILKEN
United States District Judge

cc: Wings

*United States District Court*
*For the Northern District of California*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On October 31, 2007, I served on the interested parties in this action with the following:

- NOTICE OF ORDER

for the following civil action:

Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on October 31, 2007, at Glendale, California

_____
Jeremy Cordero

Exhibit B, Page 51

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 15, 2007, I served on the interested parties in this action with the following:

- NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT THEREOF
  - [PROPOSED] ORDER
- [PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on November 15, 2007, at Glendale, California

_Katrina B_
Katrina Bartolome

1    J. Andrew Coombs (SBN 123881)
      Annie S. Wang (SBN 243027)
2    J. Andrew Coombs, A. P. C.
      517 E. Wilson Ave., Suite 202
3    Glendale, California 91206
      Telephone: (818) 500-3200
4    Facsimile: (818) 500-3201

5    andy@coombspc.com
      annie@coombspc.com
6

7    Attorneys for Plaintiff,
      Nike, Inc.

8

9              UNITED STATES DISTRICT COURT

        NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

10

11    Nike, Inc.                  )    Case No. C 07-04706 CW (EDL)
                          )
12            Plaintiff,        )    NOTICE OF ORDER
                          )
13          v.                   )
                          )
14    Felix Ose Osifo, an individual and d/b/a Osifo   )
      Hip Hop Clothing and Does 1 through 10,     )
15    inclusive,                       )
                          )
16            Defendants.      )
                          )

17

18    TO DEFENDANT FELIX OSE OSIFO, an individual and d/b/a OSIFO HIP HOP CLOTHING:

19       PLEASE TAKE NOTICE THAT the Court entered its Order in relation to the above-
captioned action on November 26, 2007. A copy of the Court's Order electronically transmitted is
20 attached.

21

22    DATED: November 2̶9̶, 2007        J. Andrew Coombs, A Professional Corp.

23

24                               By:
                                     J. Andrew Coombs
25                                      Annie S. Wang
                    Attorneys for Plaintiff Nike, Inc.
26

27

28

   Nike v. Osifo: Notice of Order               - 1 -

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC.

          Plaintiff,

    v.

FELIX OSE OSIFO, d/b/a/ OSIFO
HIP HIP CLOTHING,

          Defendants.

No. C 07-04706 CW (EDL)

NOTICE OF REFERENCE, TIME
AND PLACE OF HEARING

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Elizabeth Laporte for report and recommendation.

The hearing on Plaintiff's Motion for Default Judgment, noticed for January 8, 2008, has been reset to 2:00 p.m., in Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, 94102.

The opposition shall be served and filed no later than December 18, 2007. Any reply to the opposition shall be served and filed no later than December 26, 2007.

LAW AND MOTION HEARING PROCEDURES

All filings of documents relating to motions referred to Magistrate Judge Laporte shall list the civil case number and the District Court Judge's initials followed by the designation "(EDL)".

Except as noted above, all documents shall be filed in compliance with Civil Local Rules 7-2 through 7-5. Documents not filed in compliance with those rules will not be considered by the Court.

Refer.Not

1       If documents are filed electronically, a paper chambers copy of each electronically filed

2  document must be delivered to the Court no later than 12:00 noon on the day after the filing. The paper

3  chambers copy must be marked "Chambers Copy" and must be lodged with the Clerk's Office, in an

4  envelope clearly marked with the judge's name, case number, and "Chambers Copy." Parties must not

5  file a paper copy of any document with the Clerk's Office that has already been filed electronically.

6       Any party seeking an award of attorney's fees or other expenses in connection with this motion

7  shall file a motion in accordance with Civil Local Rule 37-3.

8

9  Dated:  November 26, 2007

10                         *Elizabeth D. Laporte*

                                ELIZABETH D. LAPORTE

11                               United States Magistrate Judge

**United States District Court**
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Refer.Net

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On November 27, 2007, I served on the interested parties in this action with the following:

- NOTICE OF ORDER

for the following civil action:

Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo d/b/a Osifo Hip Hop Clothing 324 E. Santa Clara St. San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on November 27, 2007, at Glendale, California

Jeremy Cordero

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On December 13, 2007, I served on the interested parties in this action with the following:

- **PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION FOR DEFAULT JUDGMENT HEARING**

- **[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION FOR DEFAULT JUDGMENT HEARING**

for the following civil action:

<u>Nike, Inc. v. Felix Ose Osifo, et al.</u>

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on December 13, 2007, at Glendale, California

Jeremy Cordero

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Ave., Suite 202, Glendale, California 91206.

On December 21, 2007, I served on the interested parties in this action with the following:

- **NOTICE OF ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION FOR DEFAULT JUDGMENT HEARING**

for the following civil action:

Nike, Inc. v. Felix Ose Osifo, et al.

by placing a true copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Felix Ose Osifo<br>d/b/a Osifo Hip Hop Clothing<br>324 E. Santa Clara St.<br>San Jose, California 95113 | |

Place of Mailing: Glendale, California
Executed on December 21, 2007, at Glendale, California

_Katrina Bartolome_
Katrina Bartolome