IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC.,

    Plaintiff,

  v.

FELIX OSE OSIFO, an individual and dba Osifo Hip Hop Clothing,

    Defendant.
_____/

No. C 07-04706 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for April 29, 2008, is continued to **June 17, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 4/16/08

                              *Sheilah Cahill*
                              _____
                              SHEILAH CAHILL
                              Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC. et al,

        Plaintiff,

v.

OSIFO et al,

        Defendant.

Case Number: CV07-04706 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix Ose Osifo
324 East Santa Clara Street
San Jose, CA 95113

Annie S Wang
J. Andrew Coombs M
Attorney at Law
517 E. Wilson Ave.
Suite 202
Glendale, CA 91206

Dated: April 16, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk