UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC. et al,

        Plaintiff,

v.

OSIFO et al,

        Defendant.

Case Number: CV07-04706 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix Ose Osifo
324 East Santa Clara Street
San Jose, CA 95113

Dated: May 14, 2008

        Richard W. Wieking, Clerk

        *Lili M. Harrell*
        By: Lili M. Harrell, Deputy Clerk