IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIKE, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>FELIX OSE OSIFO, and individual and d/b/a Osifo Hip Hop Clothing, and Does 1-10<br><br>      Defendants.             / | No. 07-04706 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND DEFENDANT'S MOTION FOR DISMISSAL OF DEFAULT JUDGMENT |

    The Court has reviewed Magistrate Judge Elizabeth D. Laporte's Report and Recommendation Re: Plaintiff's Motion for Default Judgment and Defendant's Motion for Dismissal of Default Judgment. No objections to the report were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

    IT IS HEREBY ORDERED that Defendant's Motion for Dismissal of Default Judgment is DENIED and Plaintiff's Motion for Default Judgment is GRANTED. The Clerk shall enter judgment.

Dated: 5/30/08

                                        CLAUDIA WILKEN<br>                                      United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC. et al,

        Plaintiff,

v.

OSIFO et al,

        Defendant.

Case Number: CV07-04706 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix Ose Osifo
324 East Santa Clara Street
San Jose, CA 95113

Annie S Wang
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk