1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    NIKE, INC.,                              No. 07-04706 CW

10          Plaintiff,                        PERMANENT
                                              INJUNCTION
11      v.

12   FLEIX OSIFO, an individual and d/b/a
     Osifo Hip Hop Clothing, and Does 1-
13   10, inclusive,

14          Defendants.
     _____/

15

16      Pursuant to the Report and Recommendation Re: Plaintiff's

17   Motion for Default Judgment and Defendant's Motion for Dismissal of

18   Default Judgment adopted by this Court,

19      IT IS HEREBY ORDERED that:

20      Defendant and his agents, servants, employees and all persons

21   in active concert and participation with him who receive actual

22   notice of the Injunction are hereby restrained and enjoined from:

23

24      a) Infringing the Nike Trademarks, either directly or
     contributorily, in any manner, including generally, but not limited
25   to manufacturing, importing, distributing, advertising, selling
     and/or offering for sale any unauthorized product which features
26   any of the Nike Trademarks ("Unauthorized Products"), and
     specifically from:
27
            i) Importing, manufacturing, distributing, advertising,
28   selling and/or offering for sale the Unauthorized Products or any

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1   other unauthorized products which picture, reproduce, copy or use
    the likenesses of or bear a confusing similarity to any of the Nike
2   Trademarks;

3           ii)  Importing, manufacturing, distributing, advertising,
    selling and/or offering for sale in connection thereto any
4   unauthorized promotional materials, labels, packaging or containers
    which picture, reproduce, copy or use the likenesses of or bear a
5   confusing similarity to any of the Nike Trademarks;

6           iii)  Engaging in any conduct that tends falsely to
    represent that, or is likely to confuse, mislead or deceive
7   purchasers, Defendant's customers and/or members of the public to
    believe, the actions of Defendant, the products sold by Defendant,
8   or Defendant himself is connected with Nike, is sponsored, approved
    or licensed by Nike, or is affiliated with Nike;

9
            iv)  Affixing, applying, annexing or using in connection
10  with the importation, manufacture, distribution, advertising, sale
    and/or offer for sale or other use of any goods or services, a
11  false description or representation, including words or other
    symbols, falsely describing or representing such goods as being
12  those of Nike.

13

14          5/30/08

15  Dated _____          _____
                                            CLAUDIA WILKEN
16                                          United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28                                  2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC. et al,

        Plaintiff,

  v.

OSIFO et al,

        Defendant.
_____/

Case Number: CV07-04706 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Felix Ose Osifo
324 East Santa Clara Street
San Jose, CA 95113

Annie S Wang
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

Dated: May 30, 2008

                Richard W. Wieking, Clerk
                By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

3