IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC.,

    Plaintiff,

  v.

FELIX OSE OSIFO, an individual and d/b/a Osifo Hip Hop Clothing,

    Defendant.
                                    /

No. C 07-04706 CW

DEFAULT JUDGMENT

For the reasons set forth in Magistrate Judge Elizabeth D. Laporte's Report and Recommendation Re: Plaintiff's Motion for Default Judgment and Defendant's Motion for Dismissal of Default Judgment filed May 13, 2008, and adopted by this Court,

IT IS ORDERED AND ADJUDGED

That default judgment is entered against Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing. Plaintiff Nike, Inc., shall recover of Defendant Felix Ose Osifo, an individual and d/b/a Osifo Hip Hop Clothing, the sum of $150,000.00, with post-judgment interest thereon as provided by 28 U.S.C. § 1961(a), and its costs of action.

Dated at Oakland, California, this 30th day of May, 2008.

                                            RICHARD W. WIEKING
                                           Clerk of Court

By: _____
     SHEILAH CAHILL
     Deputy Clerk