UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NIKE, INC. et al,

        Plaintiff,

  v.

OSIFO et al,

        Defendant.

Case Number: CV07-04706 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy of the Default Judgment, by placing said copy in a postage paid envelope addressed to the persons hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Annie S Wang
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, CA 91206

Felix Ose Osifo
324 East Santa Clara Street
San Jose, CA 95113

J. Andrew Coombs M
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue
Suite 202
Glendale, CA 91206

Dated: May 30, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk